**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAI EVANS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>MCCLATCHY U.S.A., INC.,<br><br>                              Defendant. | Case No. 2:19-cv-01175-TLN-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Diontai Evans hereby dismisses, without prejudice, all claims against Defendant McClatchy U.S.A., Inc.

Dated: August 14, 2019               **BURSOR & FISHER, P.A.**

                                By:      */s/ L. Timothy Fisher*
                                            L. Timothy Fisher

                                     L. Timothy Fisher (State Bar No. 191626)
                                     1990 North California Blvd., Suite 940
                                     Walnut Creek, CA  94596
                                     Telephone: (925) 300-4455
                                     Email:   ltfisher@bursor.com

                                     **BURSOR & FISHER, P.A.**
                                     Scott A. Bursor (State Bar No. 276006)
                                     2665 S. Bayshore Dr. Ste. 220
                                     Miami, FL 33133-5402
                                     Telephone: (305) 330-5512
                                     Facsimile:  (212) 989-9163
                                     E-Mail: scott@bursor.com

                                     *Attorneys for Plaintiff*